UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                      CHAPTER 13

    Harriet S. Wiener,                    **NOTICE OF APPEARANCE**

               Debtor.    Case No.: 19-24009-shl
------------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that Cenlar as servicer for CitiMortgage, Inc., hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       November 22, 2019

                                     Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                     By: S/Karen Sheehan
                                     Karen Sheehan, Esq.
                                     53 Gibson Street
                                     Bay Shore, New York 11706
                                     (631) 969-3100
                                     Our File No.:01-085587-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:                                                    CASE NO.: 19-24009-shl

    Harriet S. Wiener and                             CHAPTER 13

                          Debtor.              Judge: Sean H. Lane
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I, Paul Styslowsky, do certify that on November 22, 2019, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

    Carl J Nelson, Esq.
    Attorney for the debtor
    carl@cnelsonlaw.com

    Krista M. Preuss, Esq.
    Trustee
    info@ch13kp.com


                                          S/ Paul Styslowsky
                                          Paul Styslowsky