UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE:                                                CHAPTER 13

    Harriet S. Wiener,                            **NOTICE OF APPEARANCE**

                Debtor.              Case No.: 19-24009-shl
----------------------------------------------------------X


    **PLEASE TAKE NOTICE,** that Cenlar as servicer for CitiBank, N.A., hereby appears in this

action and the undersigned has been retained as attorneys and demands that you serve all papers in

this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
      January 17, 2020

                                  Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                  By:  S/ Karen Sheehan              
                                  Karen Sheehan, Esq.
                                  53 Gibson Street
                                  Bay Shore, New York 11706
                                  (631) 969-3100
                                  Our File No.:01-085587-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE:                                                    CASE NO.: 19-24009-shl

    Harriet S. Wiener,                                CHAPTER 13

                        Debtor.              Judge: Sean H. Lane
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Paul Styslowsky, do certify that on January 22, 2020, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

    Carl J Nelson, Esq.
    Attorney for the debtor
    carl@cnelsonlaw.com

    Krista M. Preuss, Esq.
    Trustee
    info@ch13kp.com


                                       S/ Paul Styslowsky
                                       Paul Styslowsky