UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In Re:

      Harriet S. Wiener,                            Case No. 19-24009 (CGM)

                       Debtor.                CHAPTER 13

----------------------------------------------------------x

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT WITH RESPECT TO REAL PROPERTY LOCATED AT 2813 WALKER DRIVE, YORKTOWN HEIGHTS 10598

      Upon the motion (the "Motion") of Cenlar as servicer for CitiBank, N.A., by Notice of Presentment dated November 14, 2022 for an Order pursuant to Fed. R. Bankr. P 9019 and General Order M-451 authorizing the entry into and performance by Debtor Harriet S. Wiener (the "Debtor") of a Permanent Loan Modification Agreement with first payment due under the Loan Modification Agreement on October 1, 2022, a copy of which is attached hereto as Exhibit "A" (the "Agreement") modifying the loan referred to therein and related mortgage held by Cenlar as servicer for CitiBank, N.A., on the Debtor's primary residence located 2813 Walker Drive, Yorktown Heights 10598; and there being due and sufficient notice of the Motion; and there being no opposition to the requested relief; and no additional notice of a hearing on the Motion being required under the circumstances; and it appearing that the Agreement is fair and reasonable and in the best interest of the Debtor; it is hereby

      ORDERED, that the Motion is granted authorizing the attached Agreement between Debtor and the Cenlar as servicer for CitiBank, N.A. and modifying the terms of the mortgage loan pertaining to the Debtor's real property commonly known 2813 Walker Drive, Yorktown Heights 10598 (the "Property") as set forth in the attached Agreement; and it is further

      ORDERED, that the terms of the Loan are not amended other than as detailed in the Agreement; and it is further

      ORDERED, that the automatic stay is lifted for the limited purpose to allow all interested parties to take all appropriate steps for the parties to finalize, implement and give effect to the; and it is further

      ORDERED, that Cenlar as servicer for CitiBank, N.A.'s  Proof of Claim, Claim Number 3 is hereby deemed modified to reflect $0.00 arrears and the terms of the Agreement; and it is further

      ORDERED, that any discontinuance of any foreclosure action in the State Court affecting the Property is approved by this Court, if necessary, and that any steps taken to discontinue any foreclosure action affecting the property will not be deemed a violation of the automatic stay; and it is further

ORDERED, that this Court shall retain jurisdiction over any dispute arising from or in connection with this order.



Dated: January 5, 2023
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge