**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: Harriet S. Wiener                                CASE NO.: 19–24009–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER:  13
xxx–xx–7781

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 27, 2023

                              Cecelia G. Morris, Bankruptcy Judge